UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Richard & Tracie Felker

Case No. 10-57368
Judge Shefferly
Chapter 13

_____ Debtor /

Richard & Tracie Felker
   Debtor/Plaintiff

Adversary Case No. 10-06117

v.

Charter One
   Creditor/Defendant
_____ /

Erin C. Springer (P72072)
John A. Steinberger & Associates PC
Attorney for Plaintiff(s)
17515 W. 9 Mile Rd., Ste 420
Southfield, MI 48075
(248) 559-4055
erin@steinbergerlaw.com
_____ /

PROOF OF SERVICE

  Presinta Winston, attests under the penalties of perjury that on July 13, 2010 she served a copy of the **COMPLAINT TO DETERMINE THE EXTENT OF THE LIEN OF CHARTER ONE SUMMONS IN AN ADVERSARY PROCEEDING, AND PROOF OF SERVICE** IN SAID CASE UPON THE FOLLOWING PARTIES either electronically if a registered ECF user or by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows:

TRUSTEE:  David Wm. Ruskin- electronically served

CREDITOR (S):  Charter One, 480 Jefferson Blvd, RJE 135, Warwick, RI 02886
     Ellen Alemany, CEO, Charter One/ Citizens Financial Group, 1215 Superior Ave E., Cleveland, OH 44114

Serve by Certified mail: Ellen Alemany, CEO, Charter One/Citizens Financial group, 1215 Superior Ave. E, Cleveland, OH 44114

/s/ P. Winston
Prestina Winston

10-06117-pjs Doc 5 Filed 07/13/10 Entered 07/13/10 12:51:38 Page 1 of 1